# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HUBERT JACKSON, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 21-125J |
| | ) | District Judge Joy Flowers Conti/ |
| v. | ) | Magistrate Judge Maureen P. Kelly |
| | ) | |
| ERIC TICE, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

AND NOW, this 19th day of October, 2021, after *de novo* review of the Petition, ECF No. 1, the Report and Recommendation, ECF No. 3, Petitioner's Objections thereto, ECF No. 4, and the record in this matter, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition is DISMISSED pre-service, and a certificate of appealability is DENIED. The Report and Recommendation is adopted as the opinion of this Court, as supplemented by the Memorandum Opinion contemporaneously filed herewith.

BY THE COURT

*/s/ Joy Flowers Conti*
JOY FLOWERS CONTI
SENIOR UNITED STATES DISTRICT JUDGE

cc: The Honorable Maureen P. Kelly
United States Magistrate Judge

Hubert Jackson
AJ2373
SCI Somerset
1600 Walters Mill Road
Somerset, PA 15510